# EXHIBIT A

Filed 24-CI-004091 06/12/2024 David L. Nicholson, Jefferson Circuit Clerk

NOT ORIGINAL
DOCUMENT
07/08/2024 03:35:37 PM
NFOWLER@FBTLAW.CO

**ELECTRONICALLY FILED**

NO. ____________

JEFFERSON CIRCUIT COURT
DIVISION ___________
JUDGE ___________

THOMAS HOLLINGSWORTH
4518 Noltemeyer Wynde Court #304A
Louisville, Kentucky 40219

PLAINTIFF

vs.

**COMPLAINT**

THE KROGER CO.
1014 Vine Street
Cincinnati, Ohio 45202

SERVE: CORPORATION SERVICE COMPANY
Service of Process Agent
421 West Main Street
Frankfort, Kentucky 40601

and

KROGER LIMITED PARTNERSHIP I
a/k/a KROGER FOOD STORES and
KRGP and THE KROGER CO. as General Partners
1014 Vine Street
Cincinnati, Ohio 45202

SERVE: CORPORATION SERVICE COMPANY
Service of Process Agent
421 West Main Street
Frankfort, Kentucky 40601

and



Presiding Judge: HON. JENNIFER BRYANT WILCOX (630455)
COM : 000001 of 000009

Filed 24-CI-004091 06/12/2024 David L. Nicholson, Jefferson Circuit Clerk

NOT ORIGINAL
OCUMENT
07/08/2024 03:35:37 PM
NFOWLER@FBTLAW.CO

KROGER LIMITED PARTNERSHIP II and
KRGP and THE KROGER CO. as General Partners
1014 Vine Street
Cincinnati, Ohio, 45202
SERVE: CORPORATION SERVICE COMPANY
421 West Main Street
Frankfort, Kentucky 40601

and

WEINGARTEN REALTY INVESTORS
2600 Citadel Plaza Drive
Houston, Texas 77008
SERVE: FBT LLC LEXINGTON
Service of Process Agent
250 West Main Street, Suite 2700
Lexington, Kentucky 40507

and

KIMCO REALTY CORPORATION
500 North Broadway, Suite 201
Jericho, New York 11753
SERVE: CT CORPORATION SYSTEM
Service of Process Agent
306 West Main Street, Suite 512
Frankfort, Kentucky 40601

and

UNKNOWN DEFENDANTS
4501 Outer Loop
Louisville, Kentucky 40219
SERVE: WARNING ORDER ATTORNEY
(to be appointed)

DEFENDANTS

* * * * * *

Comes now the Plaintiff, Thomas Hollingsworth, by counsel and for his Complaint against the Defendants, The Kroger Co., and Kroger Limited Partnership I a/k/a Kroger Food Stores and KRGP and The Kroger Co. as General



Presiding Judge: HON. JENNIFER BRYANT WILCOX (630455)
COM : 000002 of 000009

Filed 24-CI-004091 06/12/2024 David L. Nicholson, Jefferson Circuit Clerk
NOT ORIGINAL DOCUMENT
07/08/2024 03:35:37 PM
NFOWLER@FBTLAW.CO

Partners and Kroger Limited Partnership II, and KRGP and The Kroger Co. as General Partners (collectively hereinafter referred to as "Kroger"), Weingarten Realty Investors (hereinafter referred to as "Weingarten"), Kimco Realty Corporation (hereinafter referred to as "Kimco") and Unknown Defendants and states as follows:

## I. JURISDICTION AND VENUE

1. The Plaintiff, Thomas Hollingsworth, is and was at all times relevant hereto, a citizen and resident of Louisville, Jefferson County, Kentucky.

2. The Defendant, The Kroger Co., is an Ohio corporation authorized to do business in the Commonwealth of Kentucky, and at all times relevant hereto, conducted business in Jefferson County, Kentucky; having designated an agent for service of process of Corporation Service Company, 421 West Main Street, Frankfort, Kentucky 40601.

3. The Defendant, Kroger Limited Partnership I a/k/a Kroger Food Stores and KRGP and The Kroger Co. as General Partners, is an Ohio limited partnership authorized to do business in the Commonwealth of Kentucky, and at all times relevant hereto, conducted business in Jefferson County, Kentucky; having designated an agent for service of process of Corporation Service Company, 421 West Main Street, Frankfort, Kentucky 40601.

Presiding Judge: HON. JENNIFER BRYANT WILCOX (630455)
COM : 000003 of 000009



Filed 24-CI-004091 06/12/2024 David L. Nicholson, Jefferson Circuit Clerk

NOT ORIGINAL
DOCUMENT
07/08/2024 03:35:37 PM
NGSWILLER@FBTLAW.CO

4. The Defendant, Kroger Limited Partnership II and KRGP and The Kroger Co. as General Partners, is an Ohio limited partnership authorized to do business in the Commonwealth of Kentucky, and at all times relevant hereto, conducted business in Jefferson County, Kentucky; having designated an agent for service of process of Corporation Service Company, 421 West Main Street, Frankfort, Kentucky 40601.

5. The Defendant, Weingarten, is a Texas corporation authorized to do business in the Commonwealth of Kentucky, and at all times relevant hereto, conducted business in Jefferson County, Kentucky, having designated an agent for service of process of FBT LLC Lexington, 250 West Main Street, Suite 2700, Lexington, Kentucky 40507.

6. The Defendant, Kimco, is a New York corporation authorized to do business in the Commonwealth of Kentucky, and at all times relevant hereto, conducted business in Jefferson County, Kentucky, having designated an agent for service of process of CT Corporation System, 306 West Main Street, Suite 512, Frankfort, Kentucky 40601.

7. The Unknown Defendants are the owners, operators, managers, lessees, lessors or other persons or entities who/which on and before June 23, 2023, owned, operated, managed, maintained, leased, rented or otherwise held an interest, legal or contractual, in and/or exercised control and/or had the responsibility to maintain, repair and/or inspect the premises known as the Kroger

Presiding Judge: HON. JENNIFER BRYANT WILCOX (630455)
COM : 000004 of 000009

Filed 24-CI-004091 06/12/2024 David L. Nicholson, Jefferson Circuit Clerk
NOT ORIGINAL DOCUMENT
07/08/2024 03:35:37 PM
NFOWLER@FBTLAW.COM

store and fuel island located at or near 4501 Outer Loop, Louisville, Jefferson County, Kentucky.

8. That at all times relevant hereto, the Defendants and Unknown Defendants acted through their agents, servants and employees, all of whom were acting within the course and scope of their respective employments.

9. Jurisdiction and venue are proper in Jefferson County, Kentucky.

## II. PLAINTIFF'S CAUSE OF ACTION AGAINST THE DEFENDANTS

10. On or about June 23, 2023, the Defendants, Weingarten, Kimco, Kroger and Unknown Defendants, owned, operated, managed, maintained, leased, rented and/or otherwise held an interest in and/or exercised control over the business and/or property known as Kroger, a retail grocery store and fuel island open to the public, located at or near 4501 Outer Loop, Louisville, Jefferson County, Kentucky.

11. On and before June 23, 2023, the Defendants, Weingarten, Kimco, Kroger and Unknown Defendants, in the operation of said business, invited the public to enter upon the property and onto the premises it owned, maintained and/or controlled, for carrying on its business.

12. On or before June 23, 2023, the Defendants, Weingarten, Kimco, Kroger and Unknown Defendants, received a benefit from individuals who entered



Presiding Judge: HON. JENNIFER BRYANT WILCOX (630455)
COM : 000005 of 000009
Filed 24-CI-004091 06/12/2024 David L. Nicholson, Jefferson Circuit Clerk

Filed 24-CI-004091 06/12/2024 David L. Nicholson, Jefferson Circuit Clerk
NOT ORIGINAL
DOCUMENT
07/08/2024 03:35:37 PM
NFOWLER@FBTLAW.COM

upon its property and onto its premises to buy merchandise at its store and fuel islands.

13. On or about June 23, 2023, the Plaintiff, Thomas Hollingsworth, was an invitee and customer at the Defendants' and Unknown Defendants' store and fuel island located at 4501 Outer Loop, in Jefferson County, Kentucky.

14. On or about June 23, 2023, the Defendants and Unknown Defendants owed to the Plaintiff a duty to design, construct, inspect, repair and maintain their premises in a reasonably safe condition; to discover and correct dangerous conditions which the Defendants either knew or should have known existed, by use of reasonable care; to warn the Plaintiff of any dangerous conditions of which the Defendants and Unknown Defendants had or should have had knowledge; and further, Defendants and Unknown Defendants warranted, either impliedly or expressly, to this Plaintiff that said premises were free from dangerous or defective conditions for Plaintiff's intended purposes.

15. That on or about June 23, 2023 at or about 3:06 p.m., the Plaintiff, Thomas Hollingsworth, was lawfully on the premises owned, operated and/or maintained by the Defendants and/or Unknown Defendants, at the Kroger store and fuel island at 4501 Outer Loop, Louisville, Jefferson County, Kentucky, as a customer and invitee when he was caused to fall on a defective, damaged and deteriorating metal strip and concrete near the fuel island on the premises which was a dangerous condition not known to the Plaintiff, Thomas Hollingsworth, and



Presiding Judge: HON. JENNIFER BRYANT WILCOX (630455)
COM : 000006 of 000009
Filed 24-CI-004091 06/12/2024 David L. Nicholson, Jefferson Circuit Clerk

Filed 24-CI-004091 06/12/2024 David L. Nicholson, Jefferson Circuit Clerk
NOT ORIGINAL
DOCUMENT
07/08/2024 03:35:37 PM
NFOWLER@FBTLAW.CO

as a result of Plaintiff's fall, the Plaintiff was severely injured and sustained damages.

16. The injuries and damages sustained by the Plaintiff, Thomas Hollingsworth, were the direct and proximate result of the negligence of the Defendants and Unknown Defendants, their agents, servants and employees, in failing to properly inspect, construct and/or maintain the metal strip and concrete on said premises at or near the Kroger store fuel island in a reasonably safe condition for the customers and business invitees of the Kroger store, including the Plaintiff, Thoms Hollingsworth, and/or permitting a dangerous condition to exist in said area, and that the Defendants and Unknown Defendants, through their agents, servants and employees, all of whom were acting within the course and scope of their employment, permitted a dangerous condition to exist on the premises; failed to inspect the premises for dangerous conditions; negligently failed to remove or repair the defective, damaged metal strip and deteriorating concrete in an area where customers were known to walk; caused a defective, damaged and deteriorating condition to be present on the premises; failed to warn of and/or inspect the fuel island area for potential dangerous conditions; failed to make the concrete and metal strip in the fuel island area reasonably safe for use by business invitees when the Defendants and Unknown Defendants knew, or in the exercise of reasonable care should have known, that such condition would cause injury to invitees, including the Plaintiff, Thomas Hollingsworth.



Presiding Judge: HON. JENNIFER BRYANT WILCOX (630455)
COM : 000007 of 000009
Filed 24-CI-004091 06/12/2024 David L. Nicholson, Jefferson Circuit Clerk

NOT ORIGINAL
DOCUMENT
07/08/2024 03:35:37 PM
NFOWLER@FBTLAW.COM

17. That as a direct and proximate result of the negligence, carelessness, improper maintenance and negligent failure in duties imposed upon the Defendants and Unknown Defendants, their agents, servants and employees, all of whom were acting within the course and scope of their employment, the Plaintiff, Thomas Hollingsworth, was injured painfully and permanently, physically and mentally, and the Plaintiff, Thomas Hollingsworth, has incurred and will in the future incur expenses for medical treatment, drugs and other costs and his enjoyment of life has been damaged, all to his damage in an amount in excess of the minimal jurisdictional limit of this Court.

WHEREFORE, the Plaintiff, Thomas Hollingsworth, demands as follows:

1. Judgment against the Defendants, The Kroger Co., Kroger Limited Partnership I a/k/a Kroger Food Stores and KRGP and The Kroger Co. as General Partners, Kroger Limited Partnership II and KRGP and The Kroger Co. as General Partners, Weingarten Realty Investors, Kimco Realty Corporation and Unknown Defendants, jointly and severally, for compensatory damages in an amount in excess of the minimal jurisdictional limit of this Court.

2. For his costs herein expended.

3. Trial by jury on all issues so triable.

4. Any and all further relief to which he may appear to be entitled.



Presiding Judge: HON. JENNIFER BRYANT WILCOX (630455)
COM : 000008 of 000009

Filed 24-CI-004091 06/12/2024 David L. Nicholson, Jefferson Circuit Clerk
NOT ORIGINAL
OCUMENT
07/08/2024 03:35:37 PM
NFOWLER@FBTLAW.CO

Respectfully submitted,

*/s/Howard L. Robinson*

Robinson Law Firm PLLC
Howard L. Robinson
401 West Main Street, Suite 960
Louisville, Kentucky 40202
Telephone: (502) 589-3000
Facsimile: (502) 589-1697
Email: hlrobinson@robinsonlawky.com
Counsel for Plaintiff, Thomas Hollingsworth

*/s/Bixler W. Howland*

Bixler W. Howland, PSC
Bixler W. Howland
2721 Taylorsville Road
Louisville, Kentucky 40205
Telephone: (502) 582-3711
Facsimile: (502) 694-9962
Email: bixler@loulaw.com
Counsel for Plaintiff, Thomas Hollingsworth

Presiding Judge: HON. JENNIFER BRYANT WILCOX (630455)
COM : 000009 of 000009



Filed 24-CI-004091 06/12/2024 David L. Nicholson, Jefferson Circuit Clerk

Filed 24-CI-004091 06/12/2024 David L. Nicholson, Jefferson Circuit Clerk

NOT ORIGINAL DOCUMENT 07/09/2024 02:59:49 PM 89824-2

AOC-104 Doc. Code: CCCS
Rev. 12-20
Page 1 of 1

Commonwealth of Kentucky
Court of Justice *www.kycourts.gov*

# CIVIL CASE COVER SHEET

Case No. ____________
Court Circuit
County Jefferson
Division ____________

THOMAS HOLLINGSWORTH PLAINTIFF/PETITIONER

VS.

THE KROGER CO., et al DEFENDANT/RESPONDENT

☐ Check here if **YOU DO NOT HAVE AN ATTORNEY** and are **REPRESENTING YOURSELF** (a Self-Represented *[Pro Se]* Litigant)

**Nature of the Case:** Place an "X" to the left of the ***ONE*** case category that most accurately describes your ***PRIMARY CASE***. If you are making more than one type of claim, check the one that you consider most important.

**DOMESTIC RELATIONS**
- ☐ Dissolution/Divorce with Children
- ☐ Dissolution/Divorce without Children
- ☐ Paternity
- ☐ Custody
- ☐ URESA/UIFSA
- ☐ Visitation/Parenting Time
- ☐ Voluntary Termination of Parental Rights
- ☐ Involuntary Termination of Parental Rights
- ☐ Adoption
- ☐ Other: ____________

**PROBATE / ESTATE**
- ☐ Guardianship-Adult
- ☐ Guardianship-Juvenile
- ☐ Guardianship-Conservatorship
- ☐ Probate-Testate (with a will)
- ☐ Probate-Intestate (without a will)
- ☐ Petition to Dispense with Administration
- ☐ Name Change
- ☐ Other: ____________

**TORT** (Injury)
- ☐ Automobile
- ☐ Intentional
- ☐ Malpractice-Medical
- ☐ Malpractice-Other
- ☒ Premises Liability
- ☐ Product Liability
- ☐ Property Damage
- ☐ Slander/Libel/Defamation
- ☐ Other: ____________

**REAL PROPERTY**
- ☐ Property Rights
- ☐ Condemnation
- ☐ Forcible Detainer (Eviction)
- ☐ Forcible Entry
- ☐ Foreclosure
- ☐ Other: ____________

**BUSINESS / COMMERCIAL**
- ☐ Business Tort
- ☐ Statutory Action
- ☐ Business Contract Dispute
- ☐ Other: ____________

**CONSUMER**
- ☐ Automobile Loan
- ☐ Credit Card
- ☐ Sale-Purchase Consumer Goods
- ☐ Fraud
- ☐ Personal Loan
- ☐ Sale-Purchase Consumer Services
- ☐ Other: ____________

**APPEALS**
- ☐ Appeal from Administrative Agency
- ☐ Appeal from District Court
- ☐ Other: ____________

**MISC CIVIL**
- ☐ Habeas Corpus
- ☐ Non-Domestic Relations Restraining Order
- ☐ Tax
- ☐ Writs
- ☐ Other: ____________

**EMPLOYMENT**
- ☐ Employment-Discrimination
- ☐ Employment-Other

Presiding Judge: HON. JENNIFER BRYANT WILCOX (630455)

MIS : 000001 of 000001

Filed 24-CI-004091 06/12/2024 David L. Nicholson, Jefferson Circuit Clerk

NOT ORIGINAL DOCUMENT
07/09/2024 02:54:18 PM

**ELECTRONICALLY FILED**

NO. ____________

JEFFERSON CIRCUIT COURT
DIVISION 89824-2
JUDGE __________

THOMAS HOLLINGSWORTH PLAINTIFF

vs. **AFFIDAVIT FOR WARNING ORDER AND MILITARY ATTORNEY**

THE KROGER CO.
and
KROGER LIMITED PARTNERSHIP I
a/k/a KROGER FOOD STORES and
KRGP and THE KROGER CO. as General Partners
**and**
KROGER LIMITED PARTNERSHIP II and
KRGP and THE KROGER CO. as General Partners
and
WEINGARTEN REALTY INVESTORS
and
KIMCO REALTY CORPORATION
and
UNKNOWN DEFENDANTS DEFENDANTS

**************

Comes Bixler W. Howland, attorney for Plaintiff herein, and, after being duly sworn, in support of the appointment of a Warning Order and Military Attorney for the Unknown Defendants in the above-styled action, states as follows:

1. That he is the attorney for the Plaintiff, Thomas Hollingsworth.

2. The Plaintiff has filed a cause of action against Unknown Defendants.

3. That the Sheriff of Jefferson County would be unable to locate said Unknown Defendants aforementioned.

Presiding Judge: HON. JENNIFER BRYANT WILCOX (630455)
AFW : 000001 of 000003

NOT ORIGINAL DOCUMENT
07/09/2024 02:54:18 PM
89824-2

4. That the Affiant believes that said Unknown Defendants have so concealed themselves that summonses cannot be served and the last known business addresses of said Unknown Defendants are 4501 Outer Loop, Louisville, Kentucky 40219, and they are the owners, operators, manager, lessees, lessors or other persons or entities who/which on and before June 23, 2023, owned, operated, managed, maintained, leased, rented or otherwise held an interest in and/or exercised control and/or had the responsibility to maintain, repair and/or inspect the premises known as "Kroger" located at or near 4501 Outer Loop, Louisville, Jefferson County, Kentucky.

5. Affiant further states that the Plaintiff is ignorant of such facts as are unknown to the Affiant.

Further Affiant sayeth naught.

BIXLER W. HOWLAND, P.S.C.

[signature]

Bixler W. Howland, Esq.
2721 Taylorsville Road
Louisville, Kentucky 40205
Telephone: (502) 582-3711
Direct: (502) 694-9960
Facsimile: (502) 694-9962
Email: bixler@loulaw.com
Counsel for Plaintiff, Thomas Hollingsworth

Presiding Judge: HON. JENNIFER BRYANT WILCOX (630455)
AFW : 000002 of 000003

NOT ORIGINAL DOCUMENT 07/09/2024 02:54:18 PM 89824-2

COMMONWEALTH OF KENTUCKY )
) SS
COUNTY OF JEFFERSON )

The foregoing was acknowledged before me this 12th day of June, 2024 by Bixler W. Howland.

My commission expires: 09/24/2025

THERESE M SCHWARTZ
COMMISSION # KYNP34087
NOTARY PUBLIC
STATE AT LARGE, KENTUCKY
Exp. 09/24/2025

Therese M Schwartz
NOTARY PUBLIC, STATE AT LARGE, KY

Presiding Judge: HON. JENNIFER BRYANT WILCOX (630455)

AFW : 000003 of 000003

Filed 24-CI-004091 06/12/2024 David L. Nicholson, Jefferson Circuit Clerk

NOT ORIGINAL DOCUMENT
07/09/2024 02:51:06 PM
89824

David L. Nicholson, Jefferson Circuit Clerk
600 West Jefferson Street
Louisville, KY 40202-4731

STOESS, RAY HAMPTON, JR.
600 WEST MAIN STREET
SUITE 100
LOUISVILLE, KY 402020000

**Generated: 06/13/2024**

**AOC-110** **Doc Code: AWOA**
**Rev. 7-14**

**Commonwealth of Kentucky**
**Court of Justice** ***Courts.Ky.gov***

**Rule CR 4.05; 4.07**

**APPOINTMENT OF WARNING ORDER ATTORNEY**

Case Number: **24-CI-004091**
Court: **Circuit**
County: **JEFFERSON Circuit**
Division:

*Plantiff,* **HOLLINGSWORTH, THOMAS VS. THE KROGER CO. ET AL**, *Defendant*

**UNKNOWN DEFENDANTS**
Warning Order Appointed For

FILED: CI 24-CI-004091 David L. Nicholson, Jefferson Circuit Clerk

Filed 24-CI-004091 06/12/2024 David L. Nicholson, Jefferson Circuit Clerk

Filed 24-CI-004091 06/12/2024 David L. Nicholson, Jefferson Circuit Clerk

Not later than fifty (50) days after the date of this Order, the above-named Defendant is warned to appear and answer the Complaint/Petition of the above-named Plaintiff filed against him/her.

NOT ORIGINAL DOCUMENT 07/09/2024 02:51:06 PM 89824-2

**HON. STOESS, RAY HAMPTON, JR.**

a regular practicing attorney of this Court, is appointed to correspond with the Defendant, and to inform him/her by mail concerning the pendency and nature of this action, and to file his/her report in the Clerk's office of this Court within fifty (50) days after the date of this Order.

David L. Nicholson
Jefferson Circuit Clerk
Date: **06/12/2024**

FILED: CI 24-CI-004091 David L. Nicholson, Jefferson Circuit Clerk

Filed 24-CI-004091 06/12/2024 David L. Nicholson, Jefferson Circuit Clerk

Filed 24-CI-004091 06/18/2024 David L. Nicholson, Jefferson Circuit Clerk

NOT ORIGINAL DOCUMENT 07/09/2024 03:07:25 PM 89824-2

***ELECTRONICALLY FILED***

NO. 24-CI-004091

JEFFERSON CIRCUIT COURT
DIVISION EIGHT
JUDGE JENNIFER BRYANT WILCOX

THOMAS HOLLINGSWORTH PLAINTIFF

VS. **NOTICE OF APPEARANCE OF COUNSEL**

THE KROGER CO, et al. DEFENDANTS

*** *** ***

Comes Howard L. Robinson, Attorney at Law, and hereby enters his Appearance as co-counsel for the Plaintiff, Thomas Hollingsworth.

Respectfully submitted,

ROBINSON LAW FIRM PLLC

/s/ *Howard L. Robinson*
Howard L. Robinson
401 West Main Street, Suite 960
Louisville, Kentucky 40202
Telephone: (502) 589-3000
Facsimile: (502) 589-1697
hlrobinson@robinsonlawky.com

HAVING SEEN AND AGREED:

BIXLER W. HOWLAND, P.S.C.

*/s/Bixler W. Howland*
2721 Taylorsville Road
Louisville, Kentucky 40205
Telephone: (502) 582-3711
Facsimile: (502) 694-9962
Bixler@loulaw.com
*Counsel for Plaintiff*



EA : 000001 of 000001

Filed 24-CI-004091 06/18/2024 David L. Nicholson, Jefferson Circuit Clerk

Filed 24-CI-004091 06/12/2024 David L. Nicholson, Jefferson Circuit Clerk

NOT ORIGINAL DOCUMENT 07/09/2024 03:01:01 PM 89824-2

**ELECTRONICALLY FILED**

NO. ____________

JEFFERSON CIRCUIT COURT
DIVISION ________
JUDGE __________

THOMAS HOLLINGSWORTH PLAINTIFF

vs.

**CERTIFIED LIST OF PARTIES BELIEVED BY PLAINTIFF TO HOLD SUBROGATION RIGHTS**

THE KROGER CO.
and
KROGER LIMITED PARTNERSHIP I
a/k/a KROGER FOOD STORES and
KRGP and THE KROGER CO. as General Partners
and
KROGER LIMITED PARTNERSHIP II and
KRGP and THE KROGER CO. as General Partners
and
WEINGARTEN REALTY INVESTORS
and
KIMCO REALTY CORPORATION
and
UNKNOWN DEFENDANTS DEFENDANTS

**************

Conduent Payment Integrity Solutions
Passport Health Plan
ATTN: Cedric Jones
P.O. Box 30114
Salt Lake City, Utah 84130-9993
Beneficiary Name: Thomas Hollingsworth
Case ID No.: 27413960
Date of Loss: 06/23/2023

A lawsuit has been filed by the above-captioned Plaintiff, Thomas Hollingsworth. If you have subrogation rights, which Plaintiff disputes, and fail to

Presiding Judge: HON. JENNIFER BRYANT WILCOX (630455)
MIS : 000001 of 000003

Filed 24-CI-004091 06/12/2024 David L. Nicholson, Jefferson Circuit Clerk

NOT ORIGINAL DOCUMENT
07/09/2024 03:01:01 PM
89824-2

assert them by intervention, pursuant to Kentucky Civil Rule 24, such failure to act may result in the loss of those rights with respect to any final award received by the Plaintiff as a result of this action.

I certify that the foregoing is a complete list of all parties believed by Plaintiff's counsel to have asserted subrogation rights, which Plaintiff disputes, to any award received through this litigation and that each of the above-named parties were sent a true and correct copy of this document by certified mail, pursuant to KRS 411.188 (2), on June ____, 2024.

Respectfully submitted,

*/s/Howard L. Robinson*
Robinson Law Firm PLLC
Howard L. Robinson
401 West Main Street, Suite 960
Louisville, Kentucky 40202
Telephone: (502) 589-3000
Facsimile: (502) 589-1697
Email: hlrobinson@robinsonlawky.com
Counsel for Plaintiff, Thomas Hollingsworth

*/s/Bixler W. Howland*
Bixler W. Howland, PSC
Bixler W. Howland
2721 Taylorsville Road
Louisville, Kentucky 40205
Telephone: (502) 582-3711
Facsimile: (502) 694-9962
Email: bixler@loulaw.com
Counsel for Plaintiff, Thomas Hollingsworth

Presiding Judge: HON. JENNIFER BRYANT WILCOX (630455)
MIS : 000002 of 000003

NOT ORIGINAL DOCUMENT 07/09/2024 03:01:01 PM 89824-2

CERTIFICATE OF SERVICE

I hereby certify that a copy of Certified List of Parties Believed by Plaintiff To Hold Subrogation Rights was served simultaneously with the Complaint on the Defendants listed above.

/s/ *Bixler W. Howland, Esq.*
Bixler W. Howland, Esq.

Presiding Judge: HON. JENNIFER BRYANT WILCOX (630455)

MIS : 000003 of 000003

UNITED STATES POSTAL SERVICE

NOT ORIGINAL DOCUMENT
07/09/2024 03:08:24 PM
89824-2

Date Produced: 06/19/2024

The following is the delivery information for Certified Mail™/RRE/RD item number 9236 0901 9403 8365 6888 80. Our records indicate that this item was delivered on 06/18/2024 at 08:33 a.m. in FRANKFORT, KY 40601. The scanned image of the recipient information is provided below.

Signature of Recipient :




Address of Recipient :




Thank you for selecting the Postal Service for your mailing needs. If you require additional assistance, please contact your local post office or Postal Service representative.

Sincerely,
United States Postal Service

The customer reference number shown below is not validated or endorsed by the United States Postal Service. It is solely for customer use.

This USPS proof of delivery is linked to the customers mail piece information on file as shown below:

CORPORATION SERVICE COMPANY
421 WEST MAIN STREET
FRANKFORT KY 40601

COR : 000001 of 000002

Customer Reference Number: C5092735.30684412

Filed 24-CI-004091 06/19/2024 David L. Nicholson, Jefferson Circuit Clerk

NOT ORIGINAL DOCUMENT 07/09/2024 03:08:24 PM 89824-2

USPS MAIL PIECE TRACKING NUMBER: 42040601923609019403836568880
MAILING DATE: 06/13/2024
DELIVERED DATE: 06/18/2024
Custom 1: DriverId-8148575
Custom 2: PartyId-54564544
Custom 3: SummonsNum-@00001070349
Custom 4: CentralMailId-162742
Custom 5: Source County-JEFFERSON Circuit

MAIL PIECE DELIVERY INFORMATION:

CORPORATION SERVICE COMPANY
421 WEST MAIN STREET
FRANKFORT KY 40601

MAIL PIECE TRACKING EVENTS:

| | | |
|---|---|---|
| 06/13/2024 15:08 | PRE-SHIPMENT INFO SENT USPS AWAITS ITEM | FRANKFORT,KY 40601 |
| 06/13/2024 16:27 | SHIPMENT RECEIVED ACCEPTANCE PENDING | FRANKFORT,KY 40601 |
| 06/13/2024 23:35 | ORIGIN ACCEPTANCE | FRANKFORT,KY 40601 |
| 06/14/2024 00:50 | PROCESSED THROUGH USPS FACILITY | LOUISVILLE KY DISTRIBUTION CENT 40231 |
| 06/14/2024 04:03 | DEPARTED USPS REGIONAL FACILITY | LOUISVILLE KY DISTRIBUTION CENT 40231 |
| 06/14/2024 04:09 | DEPARTED USPS REGIONAL FACILITY | LOUISVILLE KY DISTRIBUTION CENT 40231 |
| 06/14/2024 05:53 | ARRIVED AT USPS REGIONAL FACILITY | LEXINGTON KY DISTRIBUTION CENTE 40511 |
| 06/14/2024 06:54 | ARRIVE USPS FACILITY | LEXINGTON KY DISTRIBUTION CENTE 40511 |
| 06/15/2024 01:57 | ARRIVAL AT UNIT | FRANKFORT,KY 40601 |
| 06/15/2024 06:10 | OUT FOR DELIVERY | FRANKFORT,KY 40601 |
| 06/15/2024 13:40 | AVAILABLE FOR PICKUP | FRANKFORT,KY 40601 |
| 06/18/2024 05:25 | ARRIVAL AT UNIT | FRANKFORT,KY 40601 |
| 06/18/2024 08:33 | DELIVERED INDIVIDUAL PICKED UP AT USPS | FRANKFORT,KY 40601 |

COR : 000002 of 000002

Filed 24-CI-004091 06/19/2024 David L. Nicholson, Jefferson Circuit Clerk

Filed 24-CI-004091 06/19/2024 David L. Nicholson, Jefferson Circuit Clerk

UNITED STATES POSTAL SERVICE

NOT ORIGINAL DOCUMENT

07/09/2024 03:09:02 PM

89824-2

Date Produced: 06/19/2024

The following is the delivery information for Certified Mail™/RRE/RD item number 9236 0901 9403 8365 6889 03. Our records indicate that this item was delivered on 06/18/2024 at 08:33 a.m. in FRANKFORT, KY 40601. The scanned image of the recipient information is provided below.

Signature of Recipient :




Address of Recipient :




Thank you for selecting the Postal Service for your mailing needs. If you require additional assistance, please contact your local post office or Postal Service representative.

Sincerely,
United States Postal Service

The customer reference number shown below is not validated or endorsed by the United States Postal Service. It is solely for customer use.

This USPS proof of delivery is linked to the customers mail piece information on file as shown below:

CORPORATION SERVICE COMPANY
421 WEST MAIN STREET
FRANKFORT KY 40601

COR : 000001 of 000002

Customer Reference Number: C5092735.30684414

Filed 24-CI-004091 06/19/2024 David L. Nicholson, Jefferson Circuit Clerk

Filed 24-CI-004091 06/19/2024 David L. Nicholson, Jefferson Circuit Clerk

NOT ORIGINAL DOCUMENT 07/09/2024 03:09:02 PM 89824-2

USPS MAIL PIECE TRACKING NUMBER: 420406019236090194038365688903
MAILING DATE: 06/13/2024
DELIVERED DATE: 06/18/2024
Custom 1: DriverId-8148575
Custom 2: PartyId-54564546
Custom 3: SummonsNum-@00001070351
Custom 4: CentralMailId-162744
Custom 5: Source County-JEFFERSON Circuit

MAIL PIECE DELIVERY INFORMATION:

CORPORATION SERVICE COMPANY
421 WEST MAIN STREET
FRANKFORT KY 40601

MAIL PIECE TRACKING EVENTS:

| | | |
|---|---|---|
| 06/13/2024 15:08 | PRE-SHIPMENT INFO SENT USPS AWAITS ITEM | FRANKFORT,KY 40601 |
| 06/13/2024 16:27 | SHIPMENT RECEIVED ACCEPTANCE PENDING | FRANKFORT,KY 40601 |
| 06/13/2024 23:33 | ORIGIN ACCEPTANCE | FRANKFORT,KY 40601 |
| 06/14/2024 00:48 | PROCESSED THROUGH USPS FACILITY | LOUISVILLE KY DISTRIBUTION CENT 40231 |
| 06/14/2024 04:03 | DEPARTED USPS REGIONAL FACILITY | LOUISVILLE KY DISTRIBUTION CENT 40231 |
| 06/14/2024 04:09 | DEPARTED USPS REGIONAL FACILITY | LOUISVILLE KY DISTRIBUTION CENT 40231 |
| 06/14/2024 05:53 | ARRIVED AT USPS REGIONAL FACILITY | LEXINGTON KY DISTRIBUTION CENTE 40511 |
| 06/14/2024 06:54 | ARRIVE USPS FACILITY | LEXINGTON KY DISTRIBUTION CENTE 40511 |
| 06/15/2024 02:01 | ARRIVAL AT UNIT | FRANKFORT,KY 40601 |
| 06/15/2024 06:10 | OUT FOR DELIVERY | FRANKFORT,KY 40601 |
| 06/15/2024 13:40 | AVAILABLE FOR PICKUP | FRANKFORT,KY 40601 |
| 06/18/2024 05:26 | ARRIVAL AT UNIT | FRANKFORT,KY 40601 |
| 06/18/2024 08:33 | DELIVERED INDIVIDUAL PICKED UP AT USPS | FRANKFORT,KY 40601 |

COR : 000002 of 000002

Filed 24-CI-004091 06/19/2024 David L. Nicholson, Jefferson Circuit Clerk

UNITED STATES POSTAL SERVICE

NOT ORIGINAL DOCUMENT
07/09/2024 03:09:21 PM
89824-2

Date Produced: 06/19/2024

The following is the delivery information for Certified Mail™/RRE/RD item number 9236 0901 9403 8365 6888 97. Our records indicate that this item was delivered on 06/18/2024 at 08:33 a.m. in FRANKFORT, KY 40601. The scanned image of the recipient information is provided below.

Signature of Recipient :




Address of Recipient :




Thank you for selecting the Postal Service for your mailing needs. If you require additional assistance, please contact your local post office or Postal Service representative.

Sincerely,
United States Postal Service

The customer reference number shown below is not validated or endorsed by the United States Postal Service. It is solely for customer use.

This USPS proof of delivery is linked to the customers mail piece information on file as shown below:

CORPORATION SERVICE COMPANY
421 WEST MAIN STREET
FRANKFORT KY 40601

COR : 000001 of 000002

Customer Reference Number: C5092735.30684413

Filed 24-CI-004091 06/19/2024 David L. Nicholson, Jefferson Circuit Clerk

NOT ORIGINAL DOCUMENT 07/09/2024 03:09:21 PM 89824-2

USPS MAIL PIECE TRACKING NUMBER: 420406019236090194038365688897
MAILING DATE: 06/13/2024
DELIVERED DATE: 06/18/2024
Custom 1: DriverId-8148575
Custom 2: PartyId-54564545
Custom 3: SummonsNum-@00001070350
Custom 4: CentralMailId-162743
Custom 5: Source County-JEFFERSON Circuit

MAIL PIECE DELIVERY INFORMATION:

CORPORATION SERVICE COMPANY
421 WEST MAIN STREET
FRANKFORT KY 40601

MAIL PIECE TRACKING EVENTS:

| | | |
|---|---|---|
| 06/13/2024 15:08 | PRE-SHIPMENT INFO SENT USPS AWAITS ITEM | FRANKFORT,KY 40601 |
| 06/13/2024 16:27 | SHIPMENT RECEIVED ACCEPTANCE PENDING | FRANKFORT,KY 40601 |
| 06/13/2024 23:33 | ORIGIN ACCEPTANCE | FRANKFORT,KY 40601 |
| 06/14/2024 00:48 | PROCESSED THROUGH USPS FACILITY | LOUISVILLE KY DISTRIBUTION CENT 40231 |
| 06/14/2024 04:03 | DEPARTED USPS REGIONAL FACILITY | LOUISVILLE KY DISTRIBUTION CENT 40231 |
| 06/14/2024 04:09 | DEPARTED USPS REGIONAL FACILITY | LOUISVILLE KY DISTRIBUTION CENT 40231 |
| 06/14/2024 05:53 | ARRIVED AT USPS REGIONAL FACILITY | LEXINGTON KY DISTRIBUTION CENTE 40511 |
| 06/14/2024 06:54 | ARRIVE USPS FACILITY | LEXINGTON KY DISTRIBUTION CENTE 40511 |
| 06/15/2024 02:00 | ARRIVAL AT UNIT | FRANKFORT,KY 40601 |
| 06/15/2024 06:10 | OUT FOR DELIVERY | FRANKFORT,KY 40601 |
| 06/15/2024 13:40 | AVAILABLE FOR PICKUP | FRANKFORT,KY 40601 |
| 06/18/2024 05:25 | ARRIVAL AT UNIT | FRANKFORT,KY 40601 |
| 06/18/2024 08:33 | DELIVERED INDIVIDUAL PICKED UP AT USPS | FRANKFORT,KY 40601 |

COR : 000002 of 000002

Filed 24-CI-004091 06/19/2024 David L. Nicholson, Jefferson Circuit Clerk

Filed 24-CI-004091 06/19/2024 David L. Nicholson, Jefferson Circuit Clerk

UNITED STATES POSTAL SERVICE

NOT ORIGINAL DOCUMENT
07/09/2024 03:09:42 PM
89824-2

Date Produced: 06/19/2024

The following is the delivery information for Certified Mail™/RRE/RD item number 9236 0901 9403 8365 6989 57. Our records indicate that this item was delivered on 06/18/2024 at 08:34 a.m. in FRANKFORT, KY 40601. The scanned image of the recipient information is provided below.

Signature of Recipient :




Address of Recipient :




Thank you for selecting the Postal Service for your mailing needs. If you require additional assistance, please contact your local post office or Postal Service representative.

Sincerely,
United States Postal Service

The customer reference number shown below is not validated or endorsed by the United States Postal Service. It is solely for customer use.

This USPS proof of delivery is linked to the customers mail piece information on file as shown below:

CT CORPORATION SYSTEM
306 WEST MAIN STREET, SUITE 512
FRANKFORT KY 40601

COR : 000001 of 000002

Customer Reference Number: C5092735.30684417

Filed 24-CI-004091 06/19/2024 David L. Nicholson, Jefferson Circuit Clerk

Filed 24-CI-004091 06/19/2024 David L. Nicholson, Jefferson Circuit Clerk

NOT ORIGINAL DOCUMENT 07/09/2024 03:09:42 PM 89824-2

USPS MAIL PIECE TRACKING NUMBER: 420406019236090194038365698957
MAILING DATE: 06/13/2024
DELIVERED DATE: 06/18/2024
Custom 1: DriverId-8148575
Custom 2: PartyId-54564548
Custom 3: SummonsNum-@00001070353
Custom 4: CentralMailId-162747
Custom 5: Source County-JEFFERSON Circuit

MAIL PIECE DELIVERY INFORMATION:

CT CORPORATION SYSTEM
306 WEST MAIN STREET, SUITE 512
FRANKFORT KY 40601

MAIL PIECE TRACKING EVENTS:

| | | |
|---|---|---|
| 06/13/2024 15:08 | PRE-SHIPMENT INFO SENT USPS AWAITS ITEM | FRANKFORT,KY 40601 |
| 06/13/2024 16:27 | SHIPMENT RECEIVED ACCEPTANCE PENDING | FRANKFORT,KY 40601 |
| 06/13/2024 23:33 | ORIGIN ACCEPTANCE | FRANKFORT,KY 40601 |
| 06/14/2024 00:48 | PROCESSED THROUGH USPS FACILITY | LOUISVILLE KY DISTRIBUTION CENT 40231 |
| 06/14/2024 04:03 | DEPARTED USPS REGIONAL FACILITY | LOUISVILLE KY DISTRIBUTION CENT 40231 |
| 06/14/2024 04:09 | DEPARTED USPS REGIONAL FACILITY | LOUISVILLE KY DISTRIBUTION CENT 40231 |
| 06/14/2024 05:53 | ARRIVED AT USPS REGIONAL FACILITY | LEXINGTON KY DISTRIBUTION CENTE 40511 |
| 06/14/2024 06:54 | ARRIVE USPS FACILITY | LEXINGTON KY DISTRIBUTION CENTE 40511 |
| 06/15/2024 02:01 | ARRIVAL AT UNIT | FRANKFORT,KY 40601 |
| 06/15/2024 06:10 | OUT FOR DELIVERY | FRANKFORT,KY 40601 |
| 06/15/2024 13:40 | AVAILABLE FOR PICKUP | FRANKFORT,KY 40601 |
| 06/18/2024 05:21 | ARRIVAL AT UNIT | FRANKFORT,KY 40601 |
| 06/18/2024 08:34 | DELIVERED INDIVIDUAL PICKED UP AT USPS | FRANKFORT,KY 40601 |

COR : 000002 of 000002

Filed 24-CI-004091 06/19/2024 David L. Nicholson, Jefferson Circuit Clerk

Filed 24-CI-004091 06/25/2024 David L. Nicholson, Jefferson Circuit Clerk

UNITED STATES POSTAL SERVICE

NOT ORIGINAL DOCUMENT
07/09/2024 03:10:13 PM
89824-2

Date Produced: 06/25/2024

The following is the delivery information for Certified Mail™/RRE/RD item number 9236 0901 9403 8365 6989 26. Our records indicate that this item was delivered on 06/24/2024 at 09:22 a.m. in LEXINGTON, KY 40512. The scanned image of the recipient information is provided below.

Signature of Recipient :




Address of Recipient :




Thank you for selecting the Postal Service for your mailing needs. If you require additional assistance, please contact your local post office or Postal Service representative.

Sincerely,
United States Postal Service

The customer reference number shown below is not validated or endorsed by the United States Postal Service. It is solely for customer use.

This USPS proof of delivery is linked to the customers mail piece information on file as shown below:

FBT LLC LEXINGTON
250 WEST MAIN STREET, SUITE 2700
LEXINGTON KY 40507

COR : 000001 of 000002

Customer Reference Number: C5092735.30684415

Filed 24-CI-004091 06/25/2024 David L. Nicholson, Jefferson Circuit Clerk

Filed 24-CI-004091 06/25/2024 David L. Nicholson, Jefferson Circuit Clerk

USPS MAIL PIECE TRACKING NUMBER: 420405079236090194038365698926
MAILING DATE: 06/13/2024
DELIVERED DATE: 06/24/2024
Custom 1: DriverId-8148575
Custom 2: PartyId-54564547
Custom 3: SummonsNum-@00001070352
Custom 4: CentralMailId-162745
Custom 5: Source County-JEFFERSON Circuit

NOT ORIGINAL DOCUMENT
07/09/2024 03:10:13 PM
89824-2

MAIL PIECE DELIVERY INFORMATION:

FBT LLC LEXINGTON
250 WEST MAIN STREET, SUITE 2700
LEXINGTON KY 40507

MAIL PIECE TRACKING EVENTS:

| | | |
|---|---|---|
| 06/13/2024 15:08 | PRE-SHIPMENT INFO SENT USPS AWAITS ITEM | FRANKFORT,KY 40601 |
| 06/13/2024 16:27 | SHIPMENT RECEIVED ACCEPTANCE PENDING | FRANKFORT,KY 40601 |
| 06/13/2024 23:33 | ORIGIN ACCEPTANCE | FRANKFORT,KY 40601 |
| 06/14/2024 00:48 | PROCESSED THROUGH USPS FACILITY | LOUISVILLE KY DISTRIBUTION CENT 40231 |
| 06/14/2024 04:03 | DEPARTED USPS REGIONAL FACILITY | LOUISVILLE KY DISTRIBUTION CENT 40231 |
| 06/14/2024 04:09 | DEPARTED USPS REGIONAL FACILITY | LOUISVILLE KY DISTRIBUTION CENT 40231 |
| 06/14/2024 05:53 | ARRIVED AT USPS REGIONAL FACILITY | LEXINGTON KY DISTRIBUTION CENTE 40511 |
| 06/14/2024 06:54 | ARRIVE USPS FACILITY | LEXINGTON KY DISTRIBUTION CENTE 40511 |
| 06/15/2024 02:56 | DEPARTED USPS REGIONAL FACILITY | LEXINGTON KY DISTRIBUTION CENTE 40511 |
| 06/15/2024 03:33 | DEPARTED USPS REGIONAL FACILITY | LEXINGTON KY DISTRIBUTION CENTE 40511 |
| 06/15/2024 03:45 | ARRIVED AT USPS REGIONAL FACILITY | LEXINGTON KY DISTRIBUTION CENTE 40511 |
| 06/15/2024 03:55 | ARRIVE USPS FACILITY | LEXINGTON KY DISTRIBUTION CENTE 40511 |
| 06/15/2024 04:57 | ARRIVAL AT UNIT | LEXINGTON,KY 40511 |
| 06/15/2024 06:10 | OUT FOR DELIVERY | LEXINGTON,KY 40507 |
| 06/15/2024 09:35 | RESCHEDULED TO NEXT DELIVERY DAY | LEXINGTON,KY 40507 |
| 06/24/2024 06:19 | ARRIVAL AT UNIT | LEXINGTON,KY 40512 |
| 06/24/2024 06:43 | AVAILABLE FOR PICKUP | LEXINGTON,KY 40512 |
| 06/24/2024 09:22 | DELIVERED PO BOX | LEXINGTON,KY 40512 |

COR : 000002 of 000002

Filed 24-CI-004091 06/25/2024 David L. Nicholson, Jefferson Circuit Clerk

AOC-E-105 Sum Code: CI
Rev. 9-14

NOT ORIGINAL DOCUMENT 07/09/2024 02:59:07 PM 89824-2

Commonwealth of Kentucky
Court of Justice *Courts.ky.gov*

CR 4.02; Cr Official Form 1

Case #: **24-CI-004091**
Court: **CIRCUIT**
County: **JEFFERSON Circuit**

# CIVIL SUMMONS

*Plantiff,* **HOLLINGSWORTH, THOMAS VS. THE KROGER CO. ET AL**, *Defendant*

TO: **CT CORPORATION SYSTEM**
**306 WEST MAIN STREET, SUITE 512**
**FRANKFORT, KY 40601**

Memo: Related party is KIMCO REALTY CORPORATION

The Commonwealth of Kentucky to Defendant:
**KIMCO REALTY CORPORATION**

You are hereby notified that a **legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons. **Unless a written defense is made by you or by an attorney on your behalf within twenty (20) days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached complaint.

The name(s) and address(es) of the party or parties demanding relief against you or his/her (their) attorney(s) are shown on the document delivered to you with this Summons.

David L. Nicholson

Jefferson Circuit Clerk
Date: **6/12/2024**

## Proof of Service

This Summons was:

☐ Served by delivering a true copy and the Complaint (or other initiating document)

To: ______________________________

☐ Not Served because: ______________________________

Date: ________________, 20______

______________________________
Served By

______________________________
Title

Summons ID: @00001070353
CIRCUIT: 24-CI-004091 Certified Mail
HOLLINGSWORTH, THOMAS VS. THE KROGER CO. ET AL



eFiled

Presiding Judge: HON. JENNIFER BRYANT WILCOX (630455)

CI : 000001 of 000001

AOC-E-105 Sum Code: CI
Rev. 9-14

NOT ORIGINAL DOCUMENT 07/09/2024 02:55:25 PM 89824-2

Commonwealth of Kentucky
Court of Justice *Courts.ky.gov*

CR 4.02; Cr Official Form 1

# CIVIL SUMMONS

Case #: **24-CI-004091**
Court: **CIRCUIT**
County: **JEFFERSON Circuit**

*Plantiff,* **HOLLINGSWORTH, THOMAS VS. THE KROGER CO. ET AL**, *Defendant*

TO: **CORPORATION SERVICE COMPANY**
**421 WEST MAIN STREET**
**FRANKFORT, KY 40601**

Memo: Related party is THE KROGER CO.

The Commonwealth of Kentucky to Defendant:
**THE KROGER CO.**

You are hereby notified that a **legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons. **Unless a written defense is made by you or by an attorney on your behalf within twenty (20) days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached complaint.

The name(s) and address(es) of the party or parties demanding relief against you or his/her (their) attorney(s) are shown on the document delivered to you with this Summons.

Jefferson Circuit Clerk
Date: **6/12/2024**

## Proof of Service

This Summons was:

☐ Served by delivering a true copy and the Complaint (or other initiating document)

To: ______________________________

☐ Not Served because: ______________________________

Date: ________________, 20______

______________________________
Served By

______________________________
Title

Summons ID: @00001070349
CIRCUIT: 24-CI-004091 Certified Mail
HOLLINGSWORTH, THOMAS VS. THE KROGER CO. ET AL



eFiled

Presiding Judge: HON. JENNIFER BRYANT WILCOX (630455)

CI : 000001 of 000001

AOC-E-105 Sum Code: CI
Rev. 9-14

NOT ORIGINAL DOCUMENT 07/09/2024 02:56:45 PM 89824-2

Commonwealth of Kentucky
Court of Justice *Courts.ky.gov*

CR 4.02; Cr Official Form 1

Case #: **24-CI-004091**
Court: **CIRCUIT**
County: **JEFFERSON Circuit**

# CIVIL SUMMONS

*Plantiff,* **HOLLINGSWORTH, THOMAS VS. THE KROGER CO. ET AL**, *Defendant*

TO: **CORPORATION SERVICE COMPANY**
**421 WEST MAIN STREET**
**FRANKFORT, KY 40601**

Memo: Related party is KROGER LIMITED PARTNERSHIP I

The Commonwealth of Kentucky to Defendant:
**KROGER LIMITED PARTNERSHIP I**

You are hereby notified that a **legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons. **Unless a written defense is made by you or by an attorney on your behalf within twenty (20) days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached complaint.

The name(s) and address(es) of the party or parties demanding relief against you or his/her (their) attorney(s) are shown on the document delivered to you with this Summons.

Jefferson Circuit Clerk
Date: **6/12/2024**

## Proof of Service

This Summons was:

☐ Served by delivering a true copy and the Complaint (or other initiating document)

To: ______________________________

☐ Not Served because: ______________________________

Date: ____________________, 20______ ______________________________
Served By

______________________________
Title

Summons ID: @00001070350
CIRCUIT: 24-CI-004091 Certified Mail
HOLLINGSWORTH, THOMAS VS. THE KROGER CO. ET AL



eFiled

Presiding Judge: HON. JENNIFER BRYANT WILCOX (630455)
CI : 000001 of 000001

AOC-E-105 Sum Code: CI
Rev. 9-14

NOT ORIGINAL DOCUMENT 07/09/2024 02:57:30 PM 89824-2

Commonwealth of Kentucky
Court of Justice *Courts.ky.gov*

CR 4.02; Cr Official Form 1

Case #: **24-CI-004091**
Court: **CIRCUIT**
County: **JEFFERSON Circuit**

# CIVIL SUMMONS

*Plantiff,* **HOLLINGSWORTH, THOMAS VS. THE KROGER CO. ET AL**, *Defendant*

TO: **CORPORATION SERVICE COMPANY**
**421 WEST MAIN STREET**
**FRANKFORT, KY 40601**

Memo: Related party is KROGER LIMITED PARTNERSHIP II

The Commonwealth of Kentucky to Defendant:
**KROGER LIMITED PARTNERSHIP II**

You are hereby notified that a **legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons. **Unless a written defense is made by you or by an attorney on your behalf within twenty (20) days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached complaint.

The name(s) and address(es) of the party or parties demanding relief against you or his/her (their) attorney(s) are shown on the document delivered to you with this Summons.

Davis L. Nicholson
Jefferson Circuit Clerk
Date: **6/12/2024**

## Proof of Service

This Summons was:

☐ Served by delivering a true copy and the Complaint (or other initiating document)

To: ______________________________

☐ Not Served because: ______________________________

Date: ________________, 20______

______________________________
Served By

______________________________
Title

Summons ID: @00001070351
CIRCUIT: 24-CI-004091 Certified Mail
HOLLINGSWORTH, THOMAS VS. THE KROGER CO. ET AL



eFiled

Presiding Judge: HON. JENNIFER BRYANT WILCOX (630455)
CI : 000001 of 000001

NOT ORIGINAL DOCUMENT 07/09/2024 02:58:23 PM 89824-2

AOC-E-105 Sum Code: CI
Rev. 9-14

Commonwealth of Kentucky
Court of Justice Courts.ky.gov

CR 4.02; Cr Official Form 1

Case #: **24-CI-004091**
Court: **CIRCUIT**
County: **JEFFERSON Circuit**

# CIVIL SUMMONS

*Plantiff,* **HOLLINGSWORTH, THOMAS VS. THE KROGER CO. ET AL**, *Defendant*

TO: **FBT LLC LEXINGTON**
**250 WEST MAIN STREET, SUITE 2700**
**LEXINGTON, KY 40507**

Memo: Related party is WEINGARTEN REALTY INVESTORS

The Commonwealth of Kentucky to Defendant:
**WEINGARTEN REALTY INVESTORS**

You are hereby notified that a **legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons. **Unless a written defense is made by you or by an attorney on your behalf within twenty (20) days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached complaint.

The name(s) and address(es) of the party or parties demanding relief against you or his/her (their) attorney(s) are shown on the document delivered to you with this Summons.

Jefferson Circuit Clerk
Date: **6/12/2024**

## Proof of Service

This Summons was:

☐ Served by delivering a true copy and the Complaint (or other initiating document)

To: ______________________________

☐ Not Served because: ______________________________

Date: ____________________, 20_______ ______________________________
Served By

______________________________
Title

Summons ID: @00001070352
CIRCUIT: 24-CI-004091 Certified Mail
HOLLINGSWORTH, THOMAS VS. THE KROGER CO. ET AL



eFiled

Presiding Judge: HON. JENNIFER BRYANT WILCOX (630455)

CI : 000001 of 000001

Filed 24-CI-004091 07/08/2024 David L. Nicholson, Jefferson Circuit Clerk
NOT ORIGINAL DOCUMENT 07/09/2024 10:23:45 AM 89824-2

CASE NO. 24-CI-04091

JEFFERSON CIRCUIT COURT
DIVISION EIGHT (8)
JUDGE JENNIFER BRYANT WILCOX

****ELECTRONICALLY FILED****

THOMAS HOLLINGSWORTH — PLAINTIFF

v. **KROGER'S ANSWER TO PLAINTIFF'S COMPLAINT**

THE KROGER CO., et al. — DEFENDANTS

*** *** ***

Defendants, The Kroger Co., Kroger Limited Partnership I, and Kroger Limited Partnership II (hereinafter "Kroger" or "Kroger Defendants")[1], for their Answer to Plaintiff's Complaint states as follows:

1. Kroger is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1 of Plaintiff's Complaint and therefore denies the allegations.

2. With respect to the allegations contained in Paragraph 2 of Plaintiff's Complaint, Kroger admits that The Kroger Co. is an Ohio corporation authorized to conduct business in the Commonwealth of Kentucky and has designated an agent for

[1] As a preliminary matter, the Kroger Defendants state that The Kroger Co. and Kroger Limited Partnership II are not a properly named Defendants in this action. The Kroger store located 4501 Outer Loop, Louisville, Kentucky is operated solely by Kroger Limited Partnership I, not The Kroger Co or Kroger Limited Partnership II. As such, The Kroger Co. and Kroger Limited Partnership II should immediately be dismissed as each is improperly named as a Defendant in this action.

ANS : 000001 of 000008


Filed 24-CI-004091 07/08/2024 David L. Nicholson, Jefferson Circuit Clerk

NOT ORIGINAL DOCUMENT 07/09/2024 10:23:45 AM 89824-2

service of process of Corporation Service Company, 421 West Main Street, Frankfort, Kentucky 4060. Kroger denies all other allegations in Paragraph 2.

3. Kroger admits the allegations contained in Paragraph 3 of Plaintiff's Complaint.

4. With respect to the allegations contained in Paragraph 4 of Plaintiff's Complaint, Kroger admits that Kroger Limited Partnership II is an Ohio limited partnership authorized to conduct business in the Commonwealth of Kentucky and has designated an agent for service of process of Corporation Service Company, 421 West Main Street, Frankfort, Kentucky 4060. Kroger denies all other allegations in Paragraph 4.

5. Kroger is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 5 of Plaintiff's Complaint and therefore denies the allegations.

6. Kroger is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 6 of Plaintiff's Complaint and therefore denies the allegations.

7. Kroger is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 7 of Plaintiff's Complaint and therefore denies the allegations.

8. The allegations contained in Paragraph 8 of Plaintiff's Complaint contain legal conclusions such that no response is required. Should an answer be deemed required, Kroger is without knowledge or information sufficient to form a belief as to the

ANS : 000002 of 000008

Filed 24-CI-004091 07/08/2024 David L. Nicholson, Jefferson Circuit Clerk
NOT ORIGINAL DOCUMENT
07/09/2024 10:23:45 AM
89824-2

truth of the allegations contained in Paragraph 8 of Plaintiff's Complaint and therefore denies the allegations.

9. The allegations contained in Paragraph 9 of Plaintiff's Complaint are jurisdictional in nature and contain legal conclusions such that no response is required. Should an answer be deemed required, Kroger is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 9 of Plaintiff's Complaint and therefore deny the allegations.

10. With respect to the allegations contained Paragraph 10 of Plaintiff's Complaint, Kroger states that on June 23, 2023, Kroger Limited Partnership I operated the Kroger grocery store and fuel center located at 4501 Outer Loop, Louisville, Kentucky. Further responding, Kroger denies that on June 23, 2023, The Kroger Co. and/or Kroger Limited Partnership II owned and/or operated the Kroger grocery store and fuel center located at 4501 Outer Loop, Louisville, Kentucky. Kroger further denies that The Kroger Co. and/or Kroger Limited Partnership II are proper defendants to this lawsuit based on Plaintiff's allegations. Kroger denies any allegations in Paragraph 10 that are inconsistent with the preceding statements.

11. With respect to the allegations contained Paragraph 11 of Plaintiff's Complaint, Kroger states that on June 23, 2023, Kroger Limited Partnership I operated the Kroger grocery store and fuel center located at 4501 Outer Loop, Louisville, Kentucky. Further responding, Kroger denies that on June 23, 2023, The Kroger Co. and/or Kroger Limited Partnership II owned and/or operated the Kroger grocery store and fuel center located at 4501 Outer Loop, Louisville, Kentucky. The remaining allegations contained in

ANS : 000003 of 000008


Filed 24-CI-004091 07/08/2024 David L. Nicholson, Jefferson Circuit Clerk

Filed 24-CI-004091 07/08/2024 David L. Nicholson, Jefferson Circuit Clerk
NOT ORIGINAL DOCUMENT 07/09/2024 10:23:45 AM 89824-2

Paragraph 11 of Plaintiff's Complaint contain legal conclusions to which no response is required. Should an answer be deemed required, Kroger is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 11 of Plaintiff's Complaint and therefore denies the allegations.

12. With respect to the allegations contained Paragraph 12 of Plaintiff's Complaint, Kroger states that on June 23, 2023, Kroger Limited Partnership I operated the Kroger grocery store and fuel center located at 4501 Outer Loop, Louisville, Kentucky. Further responding, Kroger denies that on June 23, 2023, The Kroger Co. and/or Kroger Limited Partnership II owned and/or operated the Kroger grocery store and fuel center located at 4501 Outer Loop, Louisville, Kentucky. The remaining allegations contained in Paragraph 12 of Plaintiff's Complaint contain legal conclusions to which no response is required. Should an answer be deemed required, Kroger is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 12 of Plaintiff's Complaint and therefore denies the allegations.

13. With respect to the allegations contained Paragraph 13 of Plaintiff's Complaint, Kroger states that on June 23, 2023, Kroger Limited Partnership I operated the Kroger grocery store and fuel center located at 4501 Outer Loop, Louisville, Kentucky. Further responding, Kroger denies that on June 23, 2023, The Kroger Co. and/or Kroger Limited Partnership II owned and/or operated the Kroger grocery store and fuel center located at 4501 Outer Loop, Louisville, Kentucky. The remaining allegations contained in Paragraph 13 of Plaintiff's Complaint contain legal conclusions to which no response is required. Should an answer be deemed required, Kroger is without knowledge or

ANS : 000004 of 000008



Filed 24-CI-004091 07/08/2024 David L. Nicholson, Jefferson Circuit Clerk

NOT ORIGINAL DOCUMENT 07/09/2024 10:23:45 AM 89824-2

information sufficient to form a belief as to the truth of the allegations contained in Paragraph 13 of Plaintiff's Complaint and therefore denies the allegations.

14. The allegations contained in Paragraph 14 of Plaintiff's Complaint contain legal conclusions such that no response is required. Should an answer be deemed required, Kroger Limited Partnership I admits only that it owes patrons of its store a duty to maintain the premises in a reasonably safe condition. Kroger denies all allegations in Paragraph 14 that are inconsistent with the foregoing admission.

15. Kroger denies the allegations contained in Paragraphs 15, 16 and 17 of Plaintiff's Complaint.

16. Kroger denies that Plaintiff is entitled to any of the relief sought against it in the "WHEREFORE" paragraph (including all sub-parts) of the Complaint, except a trial by jury.

17. Kroger denies any and all allegations set forth in Plaintiff's Complaint not explicitly admitted herein.

**FIRST DEFENSE**

Plaintiff's damages may have been caused, in whole or in part, by his failure to exercise ordinary care for his own safety.

**SECOND DEFENSE**

Plaintiff's claims may be barred, in whole or in part, because any condition allegedly constituting an unreasonable risk of injury was not caused by Kroger and because Kroger did not know, nor should it have known, in the exercise of ordinary care, of any such alleged condition in sufficient time to correct said condition.

ANS : 000005 of 000008

Filed 24-CI-004091 07/08/2024 David L. Nicholson, Jefferson Circuit Clerk
NOT ORIGINAL DOCUMENT 07/09/2024 10:23:45 AM 89824-2

**THIRD DEFENSE**

Plaintiff's claims may be barred, in whole or in part, because his damages, if any, were caused by the independent, primary, active, superseding and/or intervening negligence and/or intentional acts of persons or entities other than Kroger over which Kroger exercises no control and for whom Kroger bears no responsibility.

**FOURTH DEFENSE**

Plaintiff's damages, if any, should be reduced to the extent they could have been avoided through the exercise of ordinary care in treating or obtaining proper treatment for his alleged injuries.

**FIFTH DEFENSE**

Plaintiff's damages may be barred, in whole or in part, because the fault of non-parties may have contributed to Plaintiff's damages.

**SIXTH DEFENSE**

Plaintiff may have failed to join indispensable parties as required by Rule 19 of the Kentucky Rules of Civil Procedure.

**SEVENTH DEFENSE**

Plaintiff's claim may be barred in whole or in part by his failure to state a claim on upon which relief may be granted.

**EIGHTH DEFENSE**

Discovery may reveal that Plaintiff's claims should be reduced due to the fact that he may have failed to mitigate his damages.

ANS : 000006 of 000008



Filed 24-CI-004091 07/08/2024 David L. Nicholson, Jefferson Circuit Clerk

Filed 24-CI-004091 07/08/2024 David L. Nicholson, Jefferson Circuit Clerk

NOT ORIGINAL DOCUMENT 07/09/2024 10:23:45 AM 89824-2

## NINTH DEFENSE

Kroger reserves the right to assert additional defenses revealed through discovery.

**WHEREFORE**, Defendants, The Kroger Co., Kroger Limited Partnership I, and Kroger Limited Partnership II, respectfully request:

1. That the Complaint be dismissed with prejudice;
2. For its costs expended in defending this action; and
3. For any and all other relief to which it may be entitled.

Respectfully submitted,

*/s/ Paige E. Hornback*
M. Trent Spurlock, KBA #88569
Paige E. Hornback, KBA #99535
DINSMORE & SHOHL, LLP
101 South Fifth Street, Suite 2500
Louisville, Kentucky 40202
502-540-2300 – telephone
502-585-2207 – facsimile
Trent.spurlock@dinsmore.com
Paige.hornback@dinsmore.com
***Counsel for Defendants The Kroger Co., Kroger Limited Partnership I, and Kroger Limited Partnership II***

ANS : 000007 of 000008



Filed 24-CI-004091 07/08/2024 David L. Nicholson, Jefferson Circuit Clerk

NOT ORIGINAL DOCUMENT 07/09/2024 10:23:45 AM 89824-2

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served by function of KCOJ e-filing and/or U. S. Mail on this 8th day of July, 2024 to the following:

| | |
|---|---|
| Howard L. Robinson<br>Robinson Law Firm PLLC<br>401 W. Main Street, Suite 960<br>Louisville, KY 40202<br>(502) 589-3000<br>(502) 589-1967 – fax<br>hlrobinson@robinsonlawky.com<br>*Counsel for Plaintiff, Thomas Hollingsworth* | Bixler W. Howland<br>Bixler W. Howland, PSC<br>2721 Taylorsville Road<br>Louisville, KY 40205<br>(502) 582-3711<br>(502) 694-9962 – fax<br>bixler@loulaw.com<br>*Counsel for Plaintiff, Thomas Hollingsworth* |

*/s/ Paige E. Hornback*
***Counsel for Defendants The Kroger Co., Kroger Limited Partnership I, and Kroger Limited Partnership II***

ANS : 000008 of 000008