**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**LOUISVILLE DIVISION**

| | | |
|---|---|---|
| THOMAS HOLLINGSWORTH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 3:24-CV-400-DJH-CHL |
| | ) | |
| KROGER LIMITED PARTNERSHIP I; | ) | |
| KIMCO REALTY OP, LLC, | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

This matter is before the Court on Defendant Kimco Realty OP, LLC's Motion to Dismiss Crossclaims With Prejudice. The Court being otherwise sufficiently advised,

IT IS HEREBY ORDERED that Kimco's crossclaims against Defendant Kroger Limited Partnership I are DISMISSED WITH PREJUDICE pursuant to Federal Rule of Civil Procedure 41.

Kimco and Kroger shall each bear their own attorneys' fees, expert fees, expenses, and costs relating to the crossclaims.

Nothing in this Order dismisses, compromises, or otherwise adjudicates Plaintiff's claims against Kroger or any defense Kroger may assert against Plaintiff.

**TENDERED BY:**

FBT GIBBONS LLP

*<u>/s/ Nathaniel T. Fowler</u>*
Nathaniel T. Fowler
A. Riley Grant
400 West Market Street, 32nd Floor
Louisville, KY 40202-3363
nfowler@fbtgibbons.com
rgrant@fbtgibbons.com
*Counsel for Defendant Kimco Realty OP, LLC*

**COPIES TO:**

Counsel of Record

0134251.0790255 4927-9113-0562v1